## In re INTERSTATE COMMERCE COMMISSION.

(Circuit Court, N. D. Illinois. December 7, 1892.)

Application by the Interstate Commerce Commission for an order to compel Sumner Hopkins and Henry Walker to answer certain questions. Application dismissed.

Thomas E. Milchrist, U. S. Dist. Atty., John P. Hand, Asst. Dist. Atty., and Walter D. Dabney, special counsel, for Interstate Commerce Commission. Rogers, Locke & Milburn, for the witnesses.

GRESHAM, Circuit Judge. The commission, of its own motion, instituted an inquiry to ascertain whether certain railroad companies engaged in the transportation of passengers and property from Chicago to eastern seaboard points had violated the provisions of the commerce act. The inquiry seems to have been chiefly directed against the Wabash Company, and the questions which Sumner Hopkins and Henry Walker refused to answer relate to the business and management of that company. The application for an order to compel those witnesses to testify before the commission as demanded is dismissed for the reasons given in disposing of the application for a similar order against W. G. Brimson and others. 53 Fed. Rep. 476.